AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

          Plaintiff,

    v.

KEVIN MAURICIO BALLARDO-GARCIA,

          Defendant.

Case No.  8:25-MJ-00138



FILED
CLERK, U.S. DISTRICT COURT

02/25/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: ___aro___ DEPUTY



LODGED
CLERK, U.S. DISTRICT COURT

02/25/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: EC DEPUTY

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about **March 11, 2024**, in the County of Orange, within the Central District of California, the above-named defendant violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii) | Possession with Intent to Distribute Methamphetamine |

This criminal complaint is based on these facts:

☒ *See* the attached affidavit.

/s/ Zachary A. Bargeron
_____
*Complainant's Signature*

Zachary A. Bargeron, DEA Special Agent
_____
*Printed Name and Title*

Attested to by the applicant via telephone in accordance with the requirements of Fed. R. Crim. P. 4.1.

Date:  February 25, 2025

City & State:  Santa Ana, California

_____
*Judge's Signature*

John D. Early, U.S. Magistrate Judge
_____
*Printed Name and Title*

AUSA: Robert J. Keenan // (714) 338-3597

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Zachary A. Bargeron, being duly sworn, declare and state as follows:

**TRAINING & EXPERIENCE**

1.    I am an investigative or law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7).  As such, I am empowered by law to conduct investigations of and make arrests for offenses enumerated in 18 U.S.C. § 2516.

2.    I am a Special Agent ("SA") of the Drug Enforcement Administration ("DEA"), an agency of the U.S. Department of Justice.  I have been so employed since December 2019.  I am currently assigned to Los Angeles Field Division ("LAFD") Orange County District Office ("OCDO").  At the OCDO, I am assigned to Enforcement Group-1 ("ENF-1"), an enforcement group investigating narcotics trafficking and money laundering violations under Titles 18 and 21 of the United States Code.  I have received 17 weeks of specialized training in Quantico, Virginia, pertaining to narcotics trafficking, money laundering, undercover operations, and electronic and physical surveillance procedures.

3.    During my employment, I have received comprehensive, formal instruction on such topics as drug identification, money-laundering techniques, patterns of drug trafficking, complex conspiracies, the exploitation of narcotics traffickers' telecommunications devices, criminal law, surveillance, and other investigative techniques.  I have initiated and assisted in investigations of the unlawful importation, manufacture,

1

possession with intent to distribute, and distribution of
narcotics (including cocaine, heroin, and methamphetamine), the
laundering of narcotics proceeds, and conspiracies associated
with narcotics offenses.  In conducting these investigations, I
have utilized a variety of investigative techniques and
resources, including but not limited to such techniques as
surveillance, confidential sources, search warrants, telephone
toll analysis, undercover operations, and wire intercept
communications analysis in Title III and California State
wiretap investigations.

## PURPOSE OF AFFIDAVIT

4.    This affidavit is made in support of a criminal
complaint against **KEVIN MAURICIO BALLARDO-GARCIA** ("BALLARDO-
GARCIA") for a violation of Title 21, United States Code,
Sections 841(a)(1), (b)(1)(A)(viii) (Possession with Intent to
Distribute 50 Grams or More of Methamphetamine), namely,
approximately 233,108 gross grams of liquid methamphetamine, of
which representative samples were placed in vials for testing
and found by the DEA's Southwest Laboratory to contain
approximately 126.76 grams of pure Methamphetamine Base.

5.    Unless otherwise stated, the facts set forth in this
affidavit are based upon my personal observations; my training
and experience; oral and written reports about this
investigation; and physical surveillance conducted by federal
agents or local law enforcement agencies, which has been
reported to me either directly or indirectly.  Unless otherwise
noted, when I assert that a statement was made, I have either

heard the statement directly or the statement was reported to me by another law enforcement officer, either directly or in a written report. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and arrest warrant, and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversation and statements described in this affidavit are related in substance and in part only.

## SUMMARY OF PROBABLE CAUSE

6. On March 10, 2024 and March 11, 2024, DEA OCDO investigators were surveilling a RV that was suspected of transporting liquid methamphetamine from Mexico to Southern California.

7. On March 11, 2024, investigators observed BALLARDO-GARCIA and ORTIZ fill approximately 13 home depot buckets with liquid methamphetamine from the RV and load them into BALLARDO-GARCIA's white Jeep Wrangler. Investigators coordinated with California Highway Patrol ("CHP") Officer Granado, who conducted a traffic stop of BALLARDO-GARCIA in the white Jeep in Westminster, CA.

1. Following the traffic stop, CHP Officer Granado removed canine "Timo" from the patrol vehicle and conducted an exterior sniff of the Jeep, which commenced at the rear bumper and continued in a counter-clockwise pattern. "Timo" sniffed the trunk seam of the Jeep and immediately exhibited a definitive and recognizable change of behavior. "Timo" continued to sniff

up the rear door of the Jeep and stood up on the rear bumper on "Timo's" own as "Timo" continued to source the odor.  "Timo" sniffed the seam between the rear window glass and the rear door and immediately gave a trained final response.

2.    As "Timo" continued and approached the rear bumper area, CHP Officer Granado opened the trunk door and observed multiple large orange Home Depot buckets and a clear water container full of a cloudy liquid.  "Timo" began to sniff the container and bucket and immediately offered a trained final response.  Based on CHP Officer Granado's training and experience, along with "Timo's" alert, Officer Granado suspected the buckets contained liquid methamphetamine.  BALLARDO-GARCIA was placed under arrest for violations of California Health and Safety code section 11378 - Possession of a controlled substance for sales and 11379(a) - Transportation of a controlled substance.

3.    Due to the amount of suspected liquid methamphetamine within the Jeep Wrangler, CHP Officer Granado requested a tow truck to remove the Jeep to the Westminster CHP Office where investigators located 12 orange Home Depot buckets located in the trunk of the Jeep, one clear water container located in the trunk of the Jeep, and one orange Home Depot bucket located behind the front passenger seat.

4.    DEA investigators took custody of 14 vials containing representative samples from the 13 Home Depot buckets and one clear water container weighing approximately 233,108 gross grams in total, and 4 cellular devices.

5.    BALLARDO-GARCIA was placed under arrest for violations of California Health and Safety code section 11378 - Possession of a controlled substance for sales and 11379(a) - Transportation of a controlled substance, and later released under California Penal Code § 849(B)(1).

<u>STATEMENT OF PROBABLE CAUSE</u>

6.    Based on my review of law enforcement reports, conversations with other law enforcement officers, and my own knowledge of the investigation, I am aware of the following:

A.    <u>Road Shark RV</u>

7.    On February 21, 2024, Brett Combest, the manager of Road Shark RV Rentals, located at 447 E. 108th St., Los Angeles, CA 90061, contacted the DEA Tip Line reporting a recently rented recreational vehicle ("RV") bearing Montana license plate 792972C, which he believed contained crystal methamphetamine.

8.    On that same date, DEA LAFD Group 5 responded to the area of 5233 Tilden Ave., Sherman Oaks, CA, where the RV was located. Upon arrival, investigators contacted Combest who stated while he was draining the RV's black water tank, a fist-sized ball of a white crystalline substance came out of the drain.  LAFD Group 5 investigators located a white crystalline substance on the ground surrounding the RV release valve.  Using a TruNarc handheld narcotics analyzer, investigators tested the white crystalline substance, which was identified as methamphetamine.

9.    Combest provided DEA LAFD Group 5 information about the renters of the RV, which included telephone numbers 909-642-4500,

later identified as being utilized by Mauricio ORTIZ ("ORTIZ") and 562-712-0483, and the name Claudia IBARRA ("IBARRA"), the wife of BALLARDO-GARCIA.

10.  DEA OCDO ENF-1 investigators had the RV towed to the OCDO for further examination.

**B.    Telephone Interview of Combest**

11.  On February 21, 2024, DEA OCDO ENF-1 Task Force Officer ("TFO") Trent Chandler and I contacted Combest regarding the information provided to the DEA Tip Line.  Combest told us as follows.

a.    Combest identified himself as the manager of Road Shark RV Rentals located at 447 E. 108th St., Los Angeles, CA 90061. Combest stated while he was draining the black water tank of a recently rented RV, a fist-sized ball of a white crystalline substance came out of the drain.

b.    On approximately February 10, 2024, ORTIZ, using telephone number 909-642-4500, contacted Road Shark RV Rentals about renting a RV from February 12, 2024, to February 15, 2024, to take ORTIZ's family to the Grand Canyon.

c.    On February 12, 2024, ORTIZ contacted Combest and stated ORTIZ was involved in a vehicular accident and was not able to pick up the RV from the Road Shark RV Rental property. Combest advised investigators, Zane, a company employee delivered a 2020 Winnebago View 24J bearing Montana license plate 792972C to ORTIZ in the area of 11508 Long Beach Blvd, Lynwood, CA.

d.    On February 13, 2024, ORTIZ, using 909-642-4500, contacted Combest and stated ORTIZ was currently at the Otay Mesa

6

Port of Entry (POE) and needed the RV's registration in order to cross the border into Mexico to pick up family. Combest advised ORTIZ that it was against Road Shark policy for the RV to leave the United States.

       i.    Combest informed investigators that each RV is equipped with a Global Positioning System ("GPS") tracking system allowing Road Shark RV Rentals to monitor the RVs. Following his conversation with ORTIZ, Combest observed the RV leave the Otay Mesa POE and remain in the Chula Vista area.  The GPS system stopped tracking the RV on February 13, 2024, and Combest believed ORTIZ located the device within the RV and turned the device off.

      e.    On February 14, 2024, ORTIZ contacted Combest and requested to return the RV early. Combest advised ORTIZ that Road Shark RV Rentals would not refund ORTIZ for the early termination of the contract.

      f.    On February 15, 2024, ORTIZ returned the RV.

      g.    On February 17, 2024, ORTIZ and two unknown Hispanic males came to Road Shark RV Rentals to rent an RV. ORTIZ and the unknown males were shown multiple RVs but declined to rent them.  ORTIZ eventually located the RV bearing Montana license plate 792972C and requested to rent the RV again. Combest believed ORTIZ recognized the same RV based off a broken tail license plate light.  Combest declined to rent the RV to ORTIZ and the two unknown males.

      h.    Approximately 1 hour after ORTIZ and the unknown males left, IBARRA, using telephone number 562-667-9696,

contacted Road Shark RV Rentals regarding renting a RV.  Combest
offered a comparable model; however, IBARRA requested renting the
RV ORTIZ previously rented.  Combest declined IBARRA's request.

        i.    On February 20, 2024, IBARRA called Combest
approximately 4 more times.  However, Combest did not answer the
calls.  On that same date, an unknown male ("UM-1"), using
telephone number 562-712-0483, contacted Road Shark RV Rentals,
and requested to rent a RV.  During the conversation with UM-1,
UM-1 specifically asked for the RV with license plate 792972C.
Combest stated he was aware that UM-1 was working with IBARRA,
ORTIZ, and the two unknown males and declined to rent to UM-1.

        j.    Following the telephone calls with UM-1, Combest
was concerned the UM, ORTIZ, IBARRA, or an associate would
attempt to steal the RV.  Combest moved the RV from the Road
Shark RV Rentals property to the area of 5233 Tilden Ave.,
Sherman Oaks, CA.

        k.    On February 21, 2024, while Combest was releasing
the contents of the black water tank under the RV, a fist-sized
ball of a white crystalline substance was released.  Combest
released all the liquid from the grey water tank but believed the
black water tank was clogged and remained 1/3 full.

        l.    Combest provided investigators verbal consent to
further search the RV.

        C.    **CHP K-9 Positive Sniff**

    12.   On February 22, 2024, I contacted California Highway
Patrol ("CHP") Canine Handler, Officer Elias Granado.  On that

same date, Officer Granado and canine "Timo" responded to the OCDO to conduct a canine sniff of the RV.

13.  The canine sniff commenced at the rear bumper and continued in a counterclockwise manner.  "Timo" entered the RV on his own and began to track toward the rear of the RV.  "Timo" alerted to the bathroom area by displaying a definitive and recognizable behavior as he sniffed the closed bathroom door. "Timo" continued to sniff the bathroom door seam by taking several deep inhales through only his nose and gave a trained final response to his alert by locking his body and staring at the bathroom door.  Officer Granado opened the bathroom door and directed "Timo" to continue to sniff for "Timo" to source the odor.  "Timo" vigorously sniffed the shower door area and alerted by displaying a definitive and recognizable change of behavior.  "Timo" pressed his nose through the opening at the bottom of the shower door and took several inhales through only his nose.  "Timo" offered a trained final response to his alert by locking his body and staring at the shower door. Following the positive response from "Timo," TFO Chandler and I located a cooking pot containing a white residue, suspected of being methamphetamine, on the shower floor.

14.  Officer Granado removed "Timo" from the interior of the RV and directed him to continue to sniff the exterior. "Timo" continued around the passenger side toward the front end and around to the driver side.  As "Timo" sniffed along the driver side to the rear bumper of the RV, he alerted by displaying a definitive and recognizable change of behavior.

"Timo" continued to sniff the rear bumper toward the passenger side and suddenly snapped his head back toward the driver side. "Timo" began to sniff vigorously through only his nose and worked his way underneath the rear portion of the RV. "Timo" continued to source the odor and offered a trained final response to his alert by locking his body and staring at the grey/black water drain spout.

     a.   Based on my training and experience and knowledge of this investigation, I know the black water tank is utilized for wastewater from toilets, while the grey water tank is utilized for wastewater from showers and sinks. I believe in order to place the liquid methamphetamine into the grey water tank, individuals poured the liquid methamphetamine down the shower drain, which leads to the grey water tank. Consequently, "Timo" positively alerted to the shower. I know the release valve at the rear driver side of the RV is used to release any liquids contained in the black and grey water tanks. I believe when Combest released the liquid in the grey water tank, he released all the liquid methamphetamine contained in it. Due to the liquid methamphetamine exiting from the release valve, "Timo" positively alerted in that area.

    15.  On that same date, members of LAFD Group 1 and Group 5, who are certified to process clandestine laboratories, extracted the remaining liquid from the RV's grey and black water tank and retrieved a representative sample of a clear color liquid from a grey bucket weighing approximately 6089.09 gross grams in total.

D.   **Toll Analysis of BALLARDO-GARCIA**

16.  On February 22, 2024, a subpoena was served on T-MOBILE USA requesting subscriber and toll record information for telephone number 626-486-5053, utilized by BALLARDO-GARCIA.

17.  I conducted a toll analysis of BALLARDO-GARCIA's device and learned from February 1, 2024, through February 22, 2024, BALLARDO-GARCIA had approximately 432 contacts with approximately 41 different numbers, including as follows.

a.   IBARRA, using telephone number 562-667-9696, was the third top caller; ORTIZ, using 909-642-4500, was the fourth top caller, and the UM using 562-712-0483, was the thirteenth top caller.

b.   On February 11, 2024, BALLARDO-GARCIA contacted Road Shark RV Rentals, as well as four additional RV rental businesses.

E.   **Identification of Share My Coach**

18.  On February 29, 2024, the Honorable John D. Early, United States Magistrate Judge for the Central District of California issued a warrant authorizing the use of prospective cell site and phone location information for telephone numbers 626-486-5053, subscribed to Jesus LOPEZ at 285 E Holt Ave, Pomona, CA, and utilized by Kevin BALLARDO-GARCIA; 909-642-4500, subscribed to Christina RAMIREZ and MAURICIO ORTIZ at 8979 Poplar Ave, Fontana, CA, and utilized by ORTIZ; and 562-712-0483 subscribed to Marcos DUENAS at 6224 Specht Ave, Bell Gardens, CA, and utilized by the UM-1.

19.  On March 2, 2024, at approximately 1:12 p.m., I received GPS ping data for ORTIZ and learned the device was within 19 meters of 7218 Edison Ave, Ontario, CA 91762. I observed the ping was located within the middle of what appeared to be a RV storage lot, where it remained for approximately 30 minutes.

20.  Utilizing Google Maps, I learned Share My Coach Chino, a Recreational Vehicle rental agency is located 0.9 miles away from 7218 Edison Ave, Ontario, CA.

21.  On March 5, 2024, I spoke to the Share My Coach Chino manager regarding information derived from the March 2, 2024, ping data. The manager stated the RV lot located at 7218 Edison Ave, Ontario, CA, was currently being utilized by Share My Coach Stanton while their store was being renovated. The manager of Share My Coach Chino provided me the telephone number 714-899-7070 to Share My Coach Stanton.

22.  On that same date, I contacted Share My Coach Stanton owner Joe Hill, who stated his son Tiger could provide me the information regarding any RV rental or return that occurred on March 2, 2024.

23.  On that same date, I contacted Tiger and provide telephone number 909-642-4500 and the name Mauricio ORTIZ in order for Tiger to conduct a database check. Tiger stated on March 2, 2024, ORTIZ visited the temporary RV Storage at 7218 Edison Ave, Ontario, CA, in order to make a RV reservation from March 8, 2024, through March 11, 2024. Tiger stated the reservation is currently pending until ORTIZ finalizes the

renter's paperwork.  Tiger stated once ORTIZ returns the
paperwork, he will be scheduled to rent a 2020 Thor Motor Coach
California license plate 8MLR988.

**F.    Tracker Information and Surveillance on Thor Motor
        Coach**

24.  On March 6, 2024, the Honorable Karen E. Scott, United
States Magistrate Judge for the Central District of California
issued a warrant authorizing the use of a GPS vehicle tracking
device on a Thor Motor Coach bearing California license plate
8LMR988 and vehicle identification number ("VIN")
1FDWE3FS1KDC41773.

25.  On March 7, 2024, TFO Chandler and I installed a GPS
tracking device to the Thor Motor Coach bearing California
license plate 8MLR988.

26.  On March 8, 2024, at approximately 12:48 p.m., via GPS
tracker data, I learned the Thor Motor Coach was picked up from
Share My Coach located at 7218 Edison Ave, Ontario, CA 91762 and
traveled to the West Coast Motel located at 1513 N Harbor Blvd,
Santa Ana, CA.

27.  On March 8, 2024, at approximately 2:10 p.m., OCDO
ENF-1 investigators established surveillance in the vicinity
of 1513 N Harbor Blvd, Santa Ana, CA. Upon located the RV, Group
Supervisor ("GS") Ryan Gossen observed ORTIZ exit the Thor Motor
Coach and walk towards the area of the second Motel door.

28.  On At approximately 2:40 p.m., GS Gossen observed the
Thor Motor Coach exit the West Coast Motel property and travel
to 217 S Harbor Blvd, Santa Ana, CA 92704.

29.  At approximately 2:51 p.m., GS Gossen observed ORTIZ meet with a sonic grey pearl Honda Accord bearing California license plate 9KBH176, occupied by an unknown Hispanic male wearing a black hat and an unknown Hispanic male wearing a red hooded sweatshirt. Database results for CA license plate 9KBH176 showed the registered owner of the vehicle as Carlos G GARCIA-ESEBERRE ("GARCIA-ESEBERRE") at 11561 Santa Cruz St, Stanton, CA 90680.

a.  Based on my knowledge of this investigation, BALLARDO-GARCIA frequents the Santa Cruz Street address.  I know GARCIA-ESEBERE has been observed during surveillance operations with Reynaldo BALLARDO-GARCIA ("R.BALLARDO-GARCIA"), at a methamphetamine conversion laboratory in Llano, CA, as well as a suspected methamphetamine conversion laboratory in Adelanto, CA.

30.  At approximately 3:04 p.m., GS Gossen observed ORTIZ, an unknown Hispanic female ("UF-1"), and the unknown Hispanic males from the Honda Accord walking from the apartments located in rear of the property to the Thor Motor Coach.  GS Gossen observed ORTIZ enter a green Chevrolet Tahoe bearing California license plate 6HWV346 and depart the area.

31.  At approximately 3:31 p.m., I observed the green Tahoe return to 217 S Harbor Blvd.  GS Gossen observed ORTIZ exit the passenger seat of the Tahoe and enter the driver's seat Thor Motor Coach.  ORTIZ and UF-1 departed the location in tandem and traveled back to the West Coast Motel Santa Ana.

### G.    March 10, 2024: Surveillance of the Thor Motor Coach

32.    Through GPS information from the Thor Motor Coach I learned on March 9, 2024, at approximately 1:00 a.m., the Thor Motor Coach departed the Santa Ana, CA area and traveled to the Otay Mesa POE, arriving at approximately 4:34 a.m.

33.    Through GPS information from the Thor Motor Coach I learned on March 10, 2024, at approximately 2:44 a.m., the Thor Motor Coach crossed from Mexico through the Otay Mesa POE into the United States and traveled to the area of QCS LLC located at 1675 MacArthur Blvd, Costa Mesa, Ca, arriving at approximately 6:00 a.m.

34.    On March 10, 2024, at approximately 8:30 a.m., OCDO investigators established surveillance on the Thor Motor Coach located at 1675 MacArthur Blvd, Costa Mesa, CA

35.    At approximately 9:31 a.m., OCDO Task Force Group 1 ("TFG-1") TFO Joe Chavez observed ORTIZ, wearing a black long sleeve shirt and blue jeans, exit the Thor Motor Coach and reenter 2 minutes later.

36.    At approximately 9:50 a.m., TFO Chavez observed a green Chevrolet Tahoe with silver rims bearing California license plate 6HWV346 park next to the Thor Motor Coach. TFO Chavez observed an UF-1 exit the Tahoe and enter the Thor Motor Coach.

37.    At approximately 9:53 a.m., TFO Chavez observed UF-1 exit the Thor Motor Coach carrying a weighted pink bag, enter the green Tahoe, and drive the Tahoe across the street to Public Storage located at 4501 W MacArthur Blvd, Santa Ana, CA 92704.

38.   At approximately 9:55 a.m., TFO Chavez observed ORTIZ drive the Thor Motor Coach across the street to Public Storage, and park the Thor Motor Coach in a gravel parking lot located in front of Public Storage.

39.   At approximately 10:19 a.m., TFO Chavez observed UF-1 enter the Public Storage. Approximately 1 minute later, UF-1 exited Public Storage and entered the living area living area of the Thor Motor Coach with ORTIZ.

40.   At approximately 10:23 a.m., GS Gossen observed an unknown Hispanic female (UF-2) in the rear of Public Storage removing unknown objects from a silver Hyundai Genesis bearing California license plate 9CEH686 and placing them into a silver Honda bearing Mexico license plate A75-NXM-4. Database query results for CA plate 9CEH686 showed Mauricio ORTIZ at 225 S Harbor Blvd, Santa Ana, CA 92704 as the registered owner.

41.   At approximately 10:28 a.m., GS Gossen observed UF-2 enter the silver Honda bearing Mexico license plate A75-NXM-4 and depart area. Shortly after, TFO Chavez observed the silver Honda exit the rear of Public Storage and park next to the Thor Motor Coach.

42.   At approximately 10:30 a.m., TFO Chavez observed UF-2 remove a weighted pink bag from the green Tahoe and place it into the silver Honda.

43.   At approximately 10:36 a.m., TFO Chavez observed UF-2 remove white plastic bags from the silver Honda and carry them into the Thor Motor Coach.

44.   At approximately 10:37 a.m., TFO Chavez observed UF-2 exit the Thor Motor Coach carrying two handbags and a large weighted white bag. TFO Chavez observed UF-2 place the items into the silver Honda.

45.   At approximately 10:39 a.m., TFO Chavez observed UF-2 enter the driver's seat of the silver Honda.

46.   At approximately 10:44 a.m., TFO Chavez observed UF-2 in the silver Honda depart the area.

47.   At approximately 10:55 a.m., TFO Chavez observed ORTIZ exit the Thor Motor Coach carrying a white bag. TFO Chavez observed ORTIZ cleaning the coach of the Thor Motor Coach from the front passenger door.

48.   At approximately 11:04 a.m., TFO Chavez observed ORTIZ exit the Thor Motor Coach with one black and one red bag and place them into the green Tahoe.

49.   23. At approximately 11:06 a.m., TFO Chavez observed a white Jeep Wrangler bearing California license plate 8UUP357 arrive at the Public Storage parking lot and park next to the Thor Motor Coach. Database query results for CA plate 8UUP357 showed Claudia Alejandra IBARRA at 15909 Vermont Ave Apt 230 1/2, Paramount, CA 90723 as the registered owner.

50.   At approximately 11:07 a.m., via GPS pings for telephone number 626-486-5053, utilized by BALLARDO-GARCIA, I observed the device was within 88-meters of Public Storage.

        a.   Based on my training and experience, I know when cellular devices connect to Wi-Fi connections, the GPS ping data will produce 88-meter pings.

51.    At approximately 11:10 a.m., TFO Chavez observed ORTIZ and BALLARDO-GARCIA laying on the ground under the rear driver's side of the Thor Motor Coach, near the release valve for the grey and black tanks.

52.    At approximately 11:12 a.m., TFO Chavez observed ORTIZ enter the green Tahoe and depart the area. Shortly after ORTIZ departed, TFO Chavez observed BALLARDO-GARCIA enter the Thor Motor Coach's living area.

53.    At approximately 11:15 a.m., TFO Chavez observed BALLARDO-GARCIA exit the Thor Motor Coach and lay on the ground under the rear driver's side of the Thor Motor Coach, near the release valve for the grey and black tanks.

54.    At approximately 11:24 a.m., TFO Chavez observed BALLARDO-GARCIA remove approximately 3 large ice chests from the Jeep Wrangler and place them into the Thor Motor Coach.

55.    At approximately 11:26 a.m., TFO Chavez observed the Tahoe and the Thor Motor Coach drive to the rear of the Public Storage.

56.    At approximately 11:31 a.m., GS Gossen observed the Tahoe parked in the loading dock area of Public Storage while the Thor Motor Coach was parked in a red zone. GS Gossen observed BALLARDO-GARCIA and ORTIZ under the rear driver's side of the Thor Motor Coach with an orange bucket.

57.    At approximately 11:37 a.m., GS Gossen observed BALLARDO-GARCIA remove a hose and connect it to the Thor Motor Coach.

58.   At approximately 11:41 a.m., GS Gossen observed
BALLARDO-GARCIA carrying orange Home Depot buckets from the area
of the grey and black tanks to inside the Thor Motor Coach.

59.   At approximately 11:56 a.m., GS Gossen observed
BALLARDO-GARCIA remove the hose from the Thor Motor Coach and
shake the remaining liquid out.

60.   At approximately 12:44 p.m., GS Gossen observed the
Tahoe parked behind the Thor Motor Coach next to the silver
Genesis. GS Gossen observed ORTIZ and BALLARDO-GARCIA at the
rear driver's side of the Thor Motor Coach standing next to
multiple orange Home Depot buckets

61.   At approximately 12:52 p.m., I observed UF-1 and ORTIZ
in the green Tahoe depart Public Storage.

62.   At approximately 12:55 p.m., GS Gossen observed
multiple orange Home Depot buckets at the rear of the Thor Motor
Coach. GS Gossen observed BALLARDO-GARCIA placing orange lids
onto the orange Home Depot buckets and stacking the closed
buckets along the fence of Public Storage.

63.   At approximately 1:05 p.m., TFO Chavez observed the
Tahoe return to the Public Storage and park near the entrance.
TFO Chavez observed ORTIZ exit the Tahoe and enter Public
Storage.

64.   At approximately 1:31 p.m., I observed the Thor Motor
Coach exit the rear of Public Storage and park in the gravel
parking lot. I observed ORTIZ exit Public Storage, enter the
Tahoe, and park the Tahoe near the Thor Motor Coach. I observed

BALLARDO-GARCIA enter the driver's seat of the Jeep Wrangler along with ORTIZ and drive to the rear of Public Storage.

65.    At approximately 1:36 p.m., GS Gossen observed the Jeep Wrangler parked in the same place as the Thor Motor Coach was previously parked in. GS Gossen observed ORTIZ and BALLARDO-GARCIA loading the stacked orange Home Depot buckets into the back of the Jeep Wrangler. GS Gossen observed approximately 4 orange Home Depot buckets in the trunk of the Jeep Wrangler.

66.    At approximately 1:46 p.m., I observed ORTIZ and BALLARDO-GARCIA depart Public Storage in the green Tahoe. Investigators maintained surveillance of the White Jeep parked at Public Storage while conducting mobile surveillance on the green Tahoe.

67.    At approximately 2:40 p.m., via GPS pings for telephone number 626-486-5053, utilized by Kevin Mauricio BALLARDO-GARCIA, I observed the device was within 4043 meters of South El Monte, CA.

68.    At approximately 3:11 p.m., GS Gossen observed a puddle and approximately 10-15 plastic bucket seals on the ground where the Thor Motor Coach was parked behind Public Storage.

69.    At approximately 3:57 p.m., I observed the Tahoe return to the Public Storage. Approximately 3 minutes later, I observed the Thor Motor Coach and Tahoe depart Public Storage.

70.    At approximately 4:13 p.m., I observed the Tahoe and Thor Motor Coach parked in the area of 3814 S Bristol St, Santa Ana, CA 92704.

71.   At approximately 4:34 p.m., GS Gossen observed an unknown Hispanic male wearing a red hat and Jose Adrian LOPEZ-BECERRA enter the Thor Motor Coach while ORTIZ entered the Tahoe. GS Gossen observed both vehicles depart the area.

72.   At approximately 4:38 p.m., I observed the Tahoe and Thor Motor Coach enter the Chevron parking lot located at 3801 S Bristol St, Santa Ana, CA 92704. I observed the Thor Motor Coach parked at the gas pumps.

73.   At approximately 4:47 p.m., GS Gossen observed the Tahoe and Thor Motor Coach depart the Chevron. Investigators conducted mobile surveillance of both vehicles and observed both vehicles take the exit for the Interstate 405 South.

74.   At approximately 6:50 p.m., via GPS tracking data, I observed the Thor Motor Coach was located in the vicinity of the San Ysidro POE.

75.   At approximately 7:10 p.m., I observed a silver Toyota Camry bearing California license plate 9BCT254 enter the rear of Public Storage. GS Gossen observed the silver Camry park next to the white Jeep. Database query results for CA plate 7FNX271 showed G Domingo ORTIZ CRUZ at 1108 Camulos St, Los Angeles, CA 90023 as the registered owner.

76.   At approximately 7:47 p.m., I observed a silver Ford Explorer bearing California license plate 8UGY376 park in the gravel lot in front of Public Storage. Database query results for CA plate 8UGY376 showed Lucy GALLARDO at 303 Almond Ave, Turlock, CA 95380 as the registered owner.

77.   At approximately 8:00 p.m., I observed an unknown male exit the silver Explorer. I observed a silver Honda Pilot bearing California license plate 7KUH114 enter the Public Storage parking lot and park next to the Explorer. I observed the UM from the silver Explorer walk to the rear gate while the Honda Pilot followed. Database query results for CA plate 7KUH114 showed Maria A ARIAS HERNANDEZ at 3019 Carver Rd, Modesto, CA 95350 as the registered owner.

78.   At approximately 8:08 p.m., I observed the Honda Pilot exit the rear of Public Storage. I observed an UM exit the rear passenger seat of the Honda Pilot, enter the Explorer, and depart the area. I observed the Pilot drive to the rear of Public Storage.

79.   2. At approximately 8:20 p.m., I observed the Ford Explorer park in the gravel parking lot in front of Public Storage.

80.   At approximately 8:27 p.m., I observed the Jeep Wrangler depart the rear of Public Storage and park next to the Explorer in the gravel parking lot in front of Public Storage. I observed the UM and BALLARDO-GARCIA conversing at the rear of the Jeep.

81.   At approximately 8:30 p.m., I observed the Jeep Wrangler and Ford Explorer depart Public Storage. Investigators conducted mobile surveillance of the Jeep Wrangler to area of Buena Vista St and Lemon Ave in Duarte, CA, before losing the vehicle.

**H.    March 11, 2024: Arrest of BALLARDO-GARCIA for**
**Possession of Methamohetamine**

82.  On March 11, 2024, I learned the Thor Motor Coach reentered the United States at approximately 2:10 a.m., and arrived at the Public Storage located at 4501 W MacArthur Blvd, Santa Ana, CA 92704, at approximately 4:24 a.m.

83.  On March 11, 2024, at approximately 8:51 a.m., OCDO investigators, along with California Highway Patrol ("CHP") established surveillance in the vicinity of 4501 W MacArthur Blvd, Santa Ana, CA.

84.  At approximately 9:44 a.m., I observed a green Chevrolet Tahoe bearing California license plate 6HWV346 arrive at Public Storage and park within the parking lot. I observed ORTIZ, exit the driver's seat of the Tahoe, enter the Thor Motor Coach, and move the vehicle to the rear gate.

85.  At approximately 9:56 a.m., I observed ORTIZ exit the Thor Motor Coach and enter Public Storage.

86.  At approximately 10:00 a.m., I observed ORTIZ exit Public Storage, enter the Thor Motor Coach, and move the vehicle through the gate to the rear of the property.

87.  At approximately 10:28 a.m., via GPS pings for telephone number 626-486-5053, utilized by BALLARDO-GARCIA, I observed the device was within 538 meters of Home Depot located at 3500 W MacArthur Blvd, Santa Ana, Ca 92704.

88.  At approximately 10:40 a.m., SA Patrick McMahon observed BALLARDO-GARCIA in the Home Depot parking lot, pushing a shopping cart containing a large stack of orange Home Depot

buckets. SA McMahon observed BALLARDO-GARCIA load the orange Home Depot buckets into a white Jeep Wrangler bearing California license plate 8UUP357 and depart the area.

89. At approximately 10:47 a.m., I observed BALLARDO-GARCIA in the white Jeep Wrangler arrive at Public Storage and drive through the gate to the rear of the property.

90. At approximately 10:53 a.m., GS Gossen observed BALLARDO-GARCIA and ORTIZ at the rear driver's side of the Thor Motor Coach, where the release valve for the grey and black water tanks is located. GS Gossen observed a hose running from the Thor Motor Coach to an orange Home Depot bucket.

91. At approximately 11:00 a.m., GS Gossen observed ORTIZ handing BALLARDO-GARCIA orange bucket lids, which BALLARDO-GARCIA placed onto the buckets. GS Gossen observed ORTIZ carry the closed buckets to the back of the white Jeep Wrangler.

92. At approximately 11:12 a.m., GS Gossen observed ORTIZ loading the orange Home Depot buckets into the trunk of the Jeep Wrangler.

93. At approximately 11:37 a.m., GS Gossen observed approximately 6-8 orange Home Depot buckets stacked in the trunk of the Jeep Wrangler.

94. At approximately 12:55 p.m., I observed the white Jeep Wrangler operated by BALLARDO-GARCIA, a silver Honda sedan bearing Mexico license plate A75-NXM-4 operated by an unknown female, and the silver Toyota Camry bearing California license plate 9BCT254 operated by ORTIZ exit the rear of Public Storage. I observed the Jeep Wrangler travel west on MacArthur Blvd and

immediately pull to the side of the road and initiate the
vehicle's hazard lights. I further observed the Honda and Toyota
travel east on MacArthur Blvd.

95.  Investigators conducted mobile surveillance of
BALLARDO-GARCIA in the white Jeep Wrangler onto Interstate 405
North. While the Jeep was traveling north on the 405, I advised
CHP Office E. Granado the location of the Jeep.

96.  At approximately 1:20 p.m., CHP canine Officer
Granado, in a marked black and white CHP canine patrol vehicle
initiated a traffic stop of the white Jeep Wrangler for
violation of California Vehicle Code section 26708(a)(1)- Window
tint, section 21658(a)- Unsafe lane change/weave, and section
4000(a)(1)- Expired registration. The vehicle yielded and
eventually stopped at the Chevron gas station located at 5992
Westminster Blvd, Westminster, CA 92683. CHP Officer B. Gonzalez
arrived at the Chevron to further assist CHP Officer Granado in
translating English to Spanish for BALLARDO-GARCIA.

97.  CHP Officer Granado approached the Jeep Wrangler and
observed BALLARDO-GARCIA was the sole occupant in the vehicle.
CHP Officer Granado advised BALLARDO-GARCIA the reason for the
stop and asked BALLARDO-GARCIA if BALLARDO-GARCIA had a driver's
license. BALLARDO-GARCIA responded he did, and nervously went
through the center console area, but was unable to produce a
driver's license. CHP Officer Granado asked BALLARDO-GARCIA to
stop searching through the center console but BALLARDO-GARCIA
was reluctant to follow the commands. Based on BALLARDO-GARCIA's
nervous demeanor, CHP Officer Granado instructed BALLARDO-GARCIA

to exit the vehicle, and conducted a preliminary frisk of
BALLARDO-GARCIA's outer layer of clothing for weapons.

98.   BALLARDO-GARCIA initially provided verbal
identification and stated he may have a picture of his license
in his phone. Officer Gonzalez retrieved an Apple iPhone from
the Jeep and was able to produce a photo of his identification.
As CHP Officer Granado was providing CHP dispatch BALLARDO-
GARCIA's information, Officer Granado observed BALLARDO-GARCIA's
carotid pulse beating rapidly on the right side of his neck and
his hands were visible shaking.

99.   Based on BALLARDO-GARCIA's extreme nervousness, CHP
Officer Granado asked for BALLARDO-GARCIA's consent to search
the Jeep Wrangler and provided BALLARDO-GARCIA with a CHP
consent to search form in Spanish. BALLARDO-GARCIA provided his
signature on the form consent to search the Jeep. CHP Officer
Granado asked BALLARDO-GARCIA if the contents of the Jeep
belonged to BALLARDO-GARCIA, which BALLARDO-GARCIA claimed
ownership of the contents.

100. CHP Officer Granado removed canine "Timo" from the
patrol vehicle and conducted an exterior sniff of the Jeep,
which commenced at the rear bumper and continued in a counter-
clockwise pattern. "Timo" sniffed the trunk seam of the Jeep and
immediately exhibited a definitive and recognizable change of
behavior. "Timo" continued to sniff up the rear door of the Jeep
and stood up on the rear bumper on "Timo's" own as "Timo"
continued to source the odor. "Timo" sniffed the seam between

the rear window glass and the rear door and immediately gave a trained final response.

101. CHP Officer Granado continued the canine sniff around the right side of the Jeep. As "Timo" reached the passenger rear door, "Timo" stood up on the door and began to sniff the rear passenger door seam and the open window. "Timo" gave a trained final response to the passenger rear door. As "Timo" continued and approached the rear bumper area, CHP Officer Granado opened the trunk door and observed multiple large orange Home Depot buckets and a clear water container full of a cloudy liquid. "Timo" began to sniff the container and bucket and immediately offered a trained final response. Based on CHP Officer Granado's training and experience, along with "Timo's" alert, Officer Granado suspected the buckets contained liquid methamphetamine. BALLARDO-GARCIA was placed under arrest for violations of California Health and Safety code section 11378 - Possession of a controlled substance for sales and 11379(a) - Transportation of a controlled substance.

102. Due to the amount of suspected liquid methamphetamine within the Jeep Wrangler, CHP Officer Granado requested a tow truck to remove the Jeep to the Westminster CHP Office located at 13200 Goldenwest St, CA 92683.

103. At the Westminster CHP Office, investigators conducted a search of the Jeep Wrangler. Investigators located 12 orange Home Depot buckets located in the trunk of the Jeep, one clear water container located in the trunk of the Jeep, and one orange Home Depot bucket located behind the front passenger seat.

Additionally, investigators located 3 additional cellular devices within the Jeep, a blue Nokia cellular device on the front passenger seat, and a blue Motorola and blue AT&T within the center console.

104. At approximately 3:00 p.m., members of DEA LAFD Group-1 who are certified to process clandestine laboratories responded to the Westminster CHP Office in order to process the contents within the Jeep Wrangler. Per DEA clandestine laboratory policy and procedure, members of LAFD Group-1 wearing the proper personal protective equipment extracted the containers from the Jeep Wrangler and placed the containers into an evidence processing zone. Group-1 SA Robert McCain, as witnessed by SA Michael Studley retrieved representative samples from 13 Home Depot buckets and 1 clear water container weighing approximately 233,108 gross grams in total.

105. At the Westminster CHP Office, OCDO SA Ernesto Aguilar read BALLARDO-GARCIA his Miranda Rights via a DEA 13-B Advice of Rights (Spanish) form. BALLARDO-GARCIA advised SA Aguilar and I he wanted a lawyer and no interview was conducted.

I. **Intelligence Regarding Digital Forensic Search of BALLARDO-GARCIA's blue Nokia cellular devices**

106. On March 19, 2024, the Honorable Douglas F. McCormick, United States Magistrate Judge for the Central District of California issued a warrant authorizing the search of one black Apple iPhone, one blue Nokia cellular device, one blue AT&T cellular device, and one blue Motorola cellular device, belonging to BALLARDO-GARCIA.

107. On March 20, Telecommunications Specialist (TS) William Minter executed the search warrant on the devices seized from BALLARDO-GARCIA. Of the four cellular devices, investigators were only able to access the blue Nokia and blue AT&T devices. On that same date, I segregated the pertinent content from both devices and saved them into separate files.

108. On March 27, 2024, I reviewed the pertinent forensic data taken from the blue Nokia cellular device  and learned the following information:

    a.    The device was assigned telephone number 626-722-9380 with IMEI 350547141534202.

    b.    The device had approximately 278 calls stored in the call log dating from February 14, 2024, through March 14, 2024, with the top caller being ORTIZ on telephone number 909-642-4500.

    c.    The device had approximately 23 contacts stored. Of the contacts, ORTIZ's telephone number was stored as "Amigo Chofer," UM-1's telephone number of 562-712-0483 was stored as "Wero," and Mexico based telephone number 52-667-347-6571 was saved as "Cuyo."

    d.    I reviewed the pertinent images saved on the device and observed the following:

        i.    One clear Ziploc bag containing large crystals of suspected methamphetamine taken on February 13,

2024.



   ii. Suspected crystal methamphetamine drying on
a black tarp taken February 14, 2024.



iii. A picture of a cellular device displaying Road Shark RV Rentals 447 E 108th St, Los Angeles, CA 90061 taken on February 19, 2024.



iv.   A glass pipe containing a white crystalline substance taken on February 16, 2024.

v.    Picture of vehicle registration for a 2020 Winnebago bearing Montana license plate 792972C, the same RV Combest contact investigators about.

vi.  A picture of a Four Winds RV bearing California License plate 8SSE104 rented by ORTIZ from Share My Coach from February 24, 2024 through February 26, 2024, taken on February 25, 2024.



vii. Screenshot of an RV rental quote from February 14, 2024, through February 16, 2024.

viii.    Screenshot of an RV quote for rental dates February 18, 2024 through February 21, 2024.

ix.  A screenshot of a WhatsApp conversation with "Wero." I interpret the conversation as follows: who agents believe is BALLARDO-GARCIA sends "Wero" a message stating "Teno 50 k en un aparto y no los eeee podido sacar," indicating BALLARDO-GARCIA has "50k in an apparatus/device that he hasn't been able to get out. "Wero" asks BALLARDO-GARCIA how by sending "como como."  BALLARDO-GARCIA tells "Wero," there was curdled

rice left in a tank and I handed over the device and I couldn't
use it. "Wero" sends BALLARDO-GARCIA an address in South Gate,
and says if Wero can help BALLARDO-GARCIA with anything to let
him know. BALLARDO-GARCIA responds by saying it was literaly a
joke that I didn't check the tank. "Wero," tell BALLARDO-
GARCIA,"Se lo tienen confiscado," indicating that it has been
confiscated.

          x.   Based on my training and experience and
knowledge of this investigation, I believe BALLARDO-GARCIA is
referring to the Road Shark RV that was returned over to Combest
on February 15, 2024.  I believe BALLARDO-GARCIA is stating he
did not check the grey and black water tank on the RV and had
the RV returned with liquid methamphetamine still in the tanks.
I know when liquid methamphetamine is stagnant for a period of
time, it can being to form small crystals, which BALLARDO-GARCIA
refers to as curdled rice.  I believe the formed crystals
clogged the drain on the RV and the liquid methamphetamine could
not be drained.  At the end of the conversation, "Wero" tells
BALLARDO-GARCIA it has been confiscated, indicating that Road
Shark RV has found it and taken the liquid out.



e.    I reviewed the pertinent videos saved on the device observed the following:

i.    A spoon containing an unknown clear liquid being heated over a stove causing the unknown liquid to catch fire taken on February 27, 2024.

   ii. A white crystalline substance, believed to be methamphetamine, shaped into a rectangle sitting on a black mesh tarp, consistent with the drying process after converting liquid methamphetamine into crystal methamphetamine, taken on February 27, 2024.



   iii. Recording of an Apple iPhone with "Pipi" dated March 1,2024, playing a recorded video of a sign for Rancho Rios Rodriguez at 30146 W Cecil Ave.

iv.  A clear glass pipe, consistent with a methamphetamine pipe take on February 16, 2024.

109. Based on my training and experience and knowledge of this investigation, I know liquid methamphetamine is transported using a variety of vehicles to include RVs, semi-trucks, and cars.  I know during the conversion process; the newly formed chards are a variety of colors based on what the liquid was mixed in during the transportation.  In order to turn the crystals white, the off-color shards are rinsed with chemicals, primarily acetone or muriatic acid, and placed on a cloth or porous tarp in order to dry.  Once the drying process is complete, the chards will be rinsed and dried again until they are the desire color.  The crystals are further packaged into bags for distribution.  Based on this knowledge, coupled with the images and videos on BALLARDO-GARCIA's device, I believe on February 14, 2024 and February 27, 2024, BALLARDO-GARCIA converted a shipment of liquid methamphetamine into crystal methamphetamine and was documenting the color and size of the shards.

110. Based on my training and experience, I know liquid methamphetamine was seized from BALLARDO-GARCIA on March 11, 2024.  Based on his toll records and images of various RV rental quotes, I believe BALLARDO-GARCIA was responsible for contacting RV companies inquiring about the availability of rentals.  I believe once BALLARDO-GARCIA confirmed an RV could be rented on the desired date, BALLARDO-GARCIA had his associates, namely ORTIZ, rent the RV, drive to Mexico where the liquid

methamphetamine was placed into the tanks, and transport the liquid back to California.

    **J.**    **Intelligence Regarding Digital Forensic Search of BALLARDO-GARCIA's blue AT&T cellular devices**

111. On March 20, 2024, Telecommunications Specialist (TS) William Minter executed the search warrant on the devices seized from BALLARDO-GARCIA.  On that same date, I segregated the pertinent content from both devices and saved them into separate files.

112. On April 3, 2024, I reviewed the pertinent forensic data taken from the blue AT&T cellular device learned the following information:

    a.    The device was assigned telephone number 310-405-9259 with IMEI 350025200198821.

    b.    The device had 3 total contacts saved on the device, two being AT&T service numbers, and one being Mexico based telephone number 52-667-347-6571, saved as "Cuyo."

    c.    I reviewed the pertinent images saved on the device and observed the following:

i.    A picture of a cellular device displaying 1525 W MacArthur Blvd, Costa Mesa, CA, taken on March 10, 2024.



d.    I reviewed the pertinent text message conversations and observed the following conversations over WhatsApp:

i.    On March 10, 2024, at approximately 6:07 p.m., an individual listed as "Cuyo" provided BALLARDO-GARCIA with telephone number 209-230-0939, who Cuyo states is his "compa" meaning friend.  Cuyo tells BALLARDO-GARCIA the friend should be there at 7.

ii.    On March 10, 2024, at approximately 6:12 p.m., telephone number 209-230-0939 texts BALLARDO-GARCIA over WhatsApp stating they will arrive in 1 hour and 20 minutes. BALLARDO-GARCIA responds with a picture of a cellular device displaying 1525 W MacArthur Blvd, Costa Mesa, CA, which is located across the street from Public Storage.  At approximately 7:19 p.m., 209-230-0939 texts BALLARDO-GARCIA stating "20

minutos." BALLARDO-GARCIA shares his location with pin code
"*175305#." At approximately 8:05 unknown individual texts
BALLARDO-GARCIA "Aqui Anda," indicating the individual was at
the location.

       e.    Based on my training and experience, and
knowledge of this investigation, I know the drug trafficking
organization ("DTO") BALLARDO-GARCIA is a part of operates
conversion labs in the Southern California area as well as in
Bakersfield and surrounding northing counties. I believe "Cuyo,"
instructed a "friend", the individual utilizing 209-230-0939, to
meet BALLARDO-GARCIA in order to transport the liquid
methamphetamine to a conversion laboratory located in the
Bakersfield area. I believe BALLARDO-GARCIA texted the
individual the Public Storage gate code in order to conduct the
transaction behind the Public Storage and away from any law
enforcement officers that could be observing. These text
messages, coupled with surveillance from March 10, 2024, I
believe the individual utilizing the 209 telephone number was
utilized by the unknown male driving the Honda Pilot registered
out of Modesto, CA.

      **K.**   **Lab Analysis**

   113. After the seizure of the buckets of liquid
methamphetamine from BALLARDO-GARCIA's vehicle, representative
samples of the liquid were taken from the buckets and placed in
vials for testing. Those vials were later transported to the
DEA Southwest Laboratory for analysis. On or about January 22,
2025, the DEA's Southwest Laboratory issued a lab report stating

that the liquid contained in those vials was found to contain a net weight of 171.30 grams of Methamphetamine Base, with a purity of approximately 74%, and thus had approximately 126.76 grams of pure Methamphetamine Base.

## CONCLUSION

114. Based on the foregoing, I submit that probable cause exists to believe that KEVIN MAURICIO BALLARDO-GARCIA has committed a violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(viii): Possession with Intent to Distribute 50 Grams of More of Methamphetamine.


                                    /s/ Zachary A. Bargeron
                                    Zachary A. Bargeron,
                                    Special Agent
                                    Drug Enforcement Administration

Attested to by the applicant
by telephone in accordance
with the requirements of Fed.
R. Crim. P. 4.1 on this day,
February 25 , 2025.


JOHN D. EARLY
UNITED STATES MAGISTRATE JUDGE